IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER RAY YORK                                                                    PLAINTIFF

v.                              Case No. 6:19-cv-6104

KELSEY WEST
and CORPORAL WILLIAMS                                                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed March 25, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 24).  Judge Bryant recommends that Plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2) be granted.

Defendants have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court finds no clear error warranting a departure from the Report and Recommendation and adopts the Report and Recommendation (ECF No. 24) *in toto*.  Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge